IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**ANDRES LUGO,**

Petitioner,

v.  Civil Action No. **3:17CV801**

**ERIC D. WILSON,**

Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation (ECF No. 11) is ACCEPTED and ADOPTED;
2. The Motion for Summary Judgment (ECF No. 5) is GRANTED.
3. Lugo's § 2241 Petition (ECF No. 1) is DENIED.
4. Lugo's claims and the action are DISMISSED.

Should Lugo desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Order to Lugo and counsel of record.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: DEC 1 9 2018
Richmond, Virginia